UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PANAMA CITY DIVISION

MIRANDA L. HARTZELL,

   Plaintiff

VS                                      CASE NO.: ~~5:11-CV-00351-RS-GRJ~~

                                                      5:11cv373-RS-CJK

DAVID TATUM, as Sheriff of Calhoun County,

Florida, HARRELL REVELL, as Sheriff of Liberty

County, Florida and Transport Officer and

Deputy Sheriff of Calhoun County

WILLIAM STRAWN individually,

_____/

**WILLIAM STRAWN'S ANSWER TO MIRANDA HARTZELL'S COMPLAINT**

    I, William Strawn, deny all allegations of Miranda Hartzell's complaint against me. I request all future paperwork be forwarded to me at the below address.

    Respectfully submitted this 9th day of April, 2012.

William D. Strawn

Pro Se Defendant

19156 NW 22nd St

Blountstown, FL 32424

Email: wdstrawn@gmail.com

(850)643-8495

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by me only to Hubert R. Brown, Esq., Brown and Brown Attorneys at Law, P.A., 1102 East Tennessee Street, Tallahassee, Florida 32307; Thomas Joseph Brown, Esq., Brown and Brown Attorneys at Law, P.A., 1102 East Tennessee Street, Tallahassee, Florida 32307; Roosevelt Randolph, Esq., and Dawn Pompey Whitehurst, Esq., Knowles & Randolph, P.A., 3065 Highland Oaks Terrance, Tallahassee, Florida 32301; and, Jeannette M. Andrews, Andrews, Crabtree, Knox & Andrews, LLP, Post Office Box 12800, Tallahassee, Florida 32317-2800 by U. S. Mail, this 9th day of April, 2012.

_____

William D. Strawn

Wm Strawn
19156 NW 22nd St
Blountstown, FL 32424



U.S. POSTAGE
PAID
BRISTOL, FL
32321
APR 10, 12
AMOUNT
$1.10
00096376-02

1000    32401

United States District Court
Northern District of Florida
Clerk of Court
30 West Government St.
Panama City, FL   32401