IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STACEY RUDD, TERRI D. FRANKLIN,       Case No.: 5:11-cv-373-RS-CJK (lead case)
and MIRANDA L. HARTZELL,      5:11-cv-374; 5:11-cv-351 (member cases)

    Plaintiffs,

vs.

DAVID TATUM, as Sheriff of
Calhoun County, Florida,
DONNIE E. CONYERS, as Sheriff of
Liberty County, Florida, and
Transport Officer and Deputy Sheriff
of Calhoun County, Florida,
WILLIAM STRAWN, individually,

    Defendants.
_____/

## JOINT REPORT OF THE PARTIES' PLANNING MEETING

1.     Pursuant to Federal Rule of Civil Procedure 26(f) and this Court's Initial Scheduling Order, the attorneys for the parties and *pro se* Defendant William Strawn conferred on May 18 and 21, 2012, electronically and telephonically. The following persons participated in these conferences:

        Roosevelt Randolph, Attorney for Plaintiff Stacey Rudd
        Dawn Pompey Whitehurst, Attorney for Plaintiff Stacey Rudd
        Thomas J. Brown, Attorney for Plaintiff Terri Franklin
        Hubert R. Brown, Attorney for Plaintiff Miranda Hartzell

        Carl R. Peterson, Attorney for Defendant Sheriff Tatum
        Jeannette M. Andrews, Attorney for Defendant Sheriff Conyers

        William Strawn, *Pro Se Defendant*

2. <u>Initial Disclosures</u>. The parties agree that the Plaintiffs and the Defendants shall serve to the other party Rule 26(a)(1) Disclosures by May 30, 2012.

3. <u>Discovery Plan</u>. The parties jointly propose to the Court the following discovery plan:

    a. Discovery will be needed on the following subjects:

        All matters set forth in the pleadings.

    b. All discovery shall be completed by January 31, 2013.

        Please see explanation in paragraph 6(d) of this Joint Report.

    c. The combined total number of interrogatories or requests for admissions from one party to another shall not exceed fifty (50) in number, including subparts. The limitation of Fed.R.Civ.P. 33(a) shall not apply.

    d. The parties agree that ten (10) depositions will be allowed to be taken by each party. The parties also agree that the limitations on depositions set forth in Rule 30(d)(1) shall apply.

    e. Absent an extension of the discovery deadline, reports from retained experts under Rule 26(a)(2) are due:

        From Plaintiffs by October 30, 2012

        From Defendants by November 30, 2012

    f. Supplementations under Rule 26(e) are due within 15 days after learning of the need for the supplementation.

    g. The parties do not anticipate that discovery will involve the production of electronic or computer based media.

    h. Transmission by e-mail of discovery and other papers not required to be filed shall constitute service for purposes of Rule 5.

2

4. Other Items.

    a. Plaintiffs' attorneys request a telephonic conference with the Court before entry of the scheduling order to assist the Court in setting a firm date for the pre-trial conference and the jury trial. Defendants' attorneys do not believe that such telephonic conference is necessary.

    b. The parties request a pre-trial conference in March 2013. Due to previously scheduled trials and other calendar matters, the parties are all available for a pre-trial conference to be scheduled during the time frame of March 18-29, 2013.

    c. The parties agree that the Plaintiffs shall have until August 1, 2012 to amend the pleadings or join parties. The deadline for Defendants to amend the pleadings or join parties will be September 1, 2012.

    d. Absent an extension of the discovery deadline, all potentially dispositive motions should be filed by December 30, 2012.

    e. The parties believe that mediation would be beneficial after sufficient discovery has been completed. Pursuant to this Court's Mediation Order the parties request a mediation deadline of February 1, 2013. The parties have already agreed for Mike Coppins to serve as the mediator on this case.

5. Trial. Absent an extension of the discovery dates, the case should be ready for the April or June 2013 trial period. With the exception of April 17th and 29th, 2013, the parties are available for trial anytime in April or June 2013. The parties expect the trial to take approximately seven (7) days. Please see paragraph 6(d) for the explanation of the extended dates

within this Joint Report.

6. Additional Matters.

    a. Magistrate Jurisdiction. The parties have conferred regarding the magistrate's jurisdiction over this case.

    b. Nature and Basis of all Claims and Defenses.

Plaintiffs' claims are in essence claims for violation of their constitutional rights, pursuant to 42 U.S.C. § 1983, *et. seq.;* along with various state law claims. Defendants, in essence, have asserted that they did not violate Plaintiffs' constitutional rights.

    c. The parties agree that it appears that this case should not be subject to the Manual for Complex Litigation.

    d. Explanation for Extended Dates in Joint Report.

The parties have requested dates in this Joint Report that are beyond the time frames set out in this Court's Initial Scheduling Order. This case involves three (3) plaintiffs, three (3) defendants (one of which is *pro se)* and six (6) trial attorneys. Conflicts with counsels' trial calendars make it difficult to prepare this case for trial prior to the January 2013 trial period. Plaintiffs' attorneys believe this case is very fact specifically driven which will require detailed written discovery as well as a number of detailed depositions. Some witnesses have relocated which will require some out of town travel for depositions. Other witness still need to be located in order to be deposed. As such, it is our good faith estimate at this time that this case can be ready for trial in April or June 2013.

4

Dated this __21st__ day of May, 2012.

/s/ Roosevelt Randolph
ROOSEVELT RANDOLPH, Esquire
Florida Bar No. 183446
rooseveltr@knowlesandrandolph.com
DAWN POMPEY WHITEHURST, Esquire
Florida Bar No. 0794546
dawn@knowlesandrandolph.com
KNOWLES & RANDOLPH, P.A.
3065 Highland Oaks Terrace
Tallahassee, Florida 32301
(850) 222-3768    FAX: (850) 561-0397
**Attorneys for Plaintiff Stacey Rudd**

/s/ Thomas J. Brown
THOMAS J. BROWN, Esquire
Florida Bar No. 0781967
tb@brownandbrownlawyers.com
BROWN AND BROWN
 ATTORNEYS AT LAW, P.A.
1102 East Tennessee Street
Tallahassee, Florida 32307
(850)224-2800   FAX: (850)224-2747
**Attorney for Plaintiff Terri Franklin**

/s/ Hubert R. Brown
HUBERT R. BROWN, Esquire
Florida Bar No. 0994110
hb@brownandbrownlawyers.com
BROWN AND BROWN
 ATTORNEYS AT LAW, P.A.
1102 East Tennessee Street
Tallahassee, Florida 32307
(850)224-2800   FAX: (850)224-2747
**Attorney for Plaintiff Miranda Hartzell**

/s/ Carl R. Peterson
CARL R. PETERSON, Esquire
Florida Bar No. 980048
crp@jollylaw.com
JOLLY & PETERSON, P.A.
Post Office Box 37400
Tallahassee, Florida 32315
(850)422-0282   FAX: (850)422-1913
**Attorney for Defendant Tatum**

/s/ Jeannette M. Andrews
JEANNETTE M. ANDREWS, Esquire
Florida Bar No. 0352896
jandrews@ackalaw.com
ANDREWS, CRABTREE, KNOX,
 & ANDREWS, LLP
Post Office Box 12800
Tallahassee, Florida 32317
(850)297-0090   FAX: (850)297-0219
**Attorney for Defendant Conyers**

/s/ William Strawn
WILLIAM STRAWN, *Pro Se Defendant*
19156 NW 22nd Street
Blountstown, Florida 32424
wdstrawn@gmail.com
(850)643-8495