IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STACEY RUDD, et al.,
    Plaintiffs,

v.                                                       Case No: 5:11cv373/RS/CJK

DAVID TATUM, et al.,
    Defendants.
_____

## FINAL SCHEDULING ORDER

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 26(f), the parties have submitted their joint scheduling report (doc. 45), requesting, *inter alia*, a telephonic conference[1] and a six-month extension of the discovery due date, set in the Initial Scheduling Order ("ISO") at August 3, 2012 (doc. 37, p. 1).  Having considered the nature of the case, including the degree of factual complexity inherent thereto, the legal issues expected to arise, and the difficulties associated with discovery as alleged by the parties in the joint scheduling report (doc. 45, p. 4), the court determines that a six-month extension of the discovery deadline is excessive.  Instead, the due date of any discovery requested, and the due dates of items keyed to the discovery deadline, shall be extended by approximately **two months**, to such exact dates as are set out below.  Upon consideration of the joint scheduling report, and pursuant to

---

[1] Only plaintiffs request a telephonic conference, for the purpose of addressing the scheduling of a pretrial conference and jury trial.  (Doc. 45, p. 3).

paragraph three of the ISO (doc. 37, pp. 5-6), the court thus adopts the schedule as set forth below, rejecting in part the parties' request to extend the discovery deadline to January 31, 2013 (doc. 45, p. 2).

Accordingly, IT IS ORDERED:

1. Plaintiffs' request for a telephonic conference is DENIED, without prejudice. Because the undersigned magistrate will not be setting a date for the pretrial conference or trial, a conference to discuss the scheduling of such dates is unnecessary.

2. The Initial Scheduling Order (doc. 37) and Mediation Order (doc. 38) remain in full force and effect and will control the matters set forth therein except as follows:

   a. The parties are directed to conduct discovery so that the due date of any discovery requested shall not be later than **October 5, 2012**.

   b. Pursuant to the agreement as reached in the joint scheduling report (doc. 45, p. 2), **ten (10) depositions** will be permitted by each party. The limitations on depositions set forth in FEDERAL RULE OF CIVIL PROCEDURE 30(d)(1) shall apply.

   c. The disclosure required by FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) shall be provided, without awaiting a discovery request, to all other parties on or before **June 29, 2012**.

   d. Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2), disclosures of expert witnesses and their opinions shall be made by the plaintiffs on or before **December 28, 2012**, and by the defendants within **thirty-one (31) days** thereafter.

e.   Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 26(e), supplementation of disclosures and responses is due within **fifteen (15) days** of learning of the need for supplementation.

f.  Plaintiffs shall have until **August 1, 2012**, to join parties or amend the pleadings.  Defendants shall do the same within **thirty (30) days** thereafter.

g.  All potentially dispositive motions, including motions for summary judgment, shall be filed by **September 7, 2012**.

h.  The parties shall mediate this case by **November 2, 2012**.

DONE AND ORDERED this 11th day of June, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**