IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STACEY RUDD, et al.,
    Plaintiffs,

v().                                    Case No. 5:11cv373/RS/CJK

DAVID TATUM, et al.,
    Defendants.

## ORDER

    Before the court for determination are plaintiffs' Motion to Amend Final Scheduling Order (doc. 72) and plaintiffs' Motions for Additional Time to Answer Interrogatories and Respond to Request for Production (docs. 74 & 75), as well as the defendants' responses to these motions (docs. 77 & 78). I commend the parties for having agreed to the amended deadlines that will be established by this order, but I also caution the parties that the discovery phase of this case should be promptly concluded under this order, without the need to further revisit the matter of scheduling deadlines. Accordingly, it is ORDERED that the Final Scheduling Order (doc. 46) be amended as follows:

    1.    The deadline for filing responses to interrogatories and requests for production served by defendants Tatum and Conyers will be Friday, October 19, 2012, at 5:00 P.M. (EDT).

    2.    The deadline for completion of all discovery in this case will be December 5, 2012.

    3.    The case will be mediated on or before January 11, 2013.

4.  The deadline for filing dispositive motions will be January 18, 2013.

5.  In addition to the foregoing matters, it is further ORDERED that the parties will bear their own costs of this proceeding, but are cautioned that should the court be required to further intervene in discovery matters, particularly where no legal issue is raised, and should the parties be unable to resolve such discovery matters, this court will assess costs and attorneys fees, after a hearing.

At Pensacola, Florida, this 10th day of October, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**