# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**STACEY RUDD, et al.,**

    **Plaintiff,**

v.                                **CASE NO. 5:11-cv-373-RS-CJK**

**DAVID TATUM, et al.,**

    **Defendants.**

_____/

## **ORDER**

Before me are the Magistrate Judge's Report and Recommendation (Doc. 173), Petitioner's Objections (Doc. 174), Defendant Glen Kimbrel's Response (Doc. 175), and Defendant Nick Finch's Response (Doc. 176). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant Finch's motion for summary judgment (Doc. 133) is **GRANTED**.

3. Defendant Kimbrel's motion for summary judgment (Doc. 136) is **GRANTED** as to all claims brought by Plaintiff Hartzell.

4. Defendant Kimbrel's motion for summary judgment (Doc. 136) is **GRANTED** as to Plaintiff Rudd's and Plaintiff Franklin's Counts I, IV, and VII. Defendant Kimbrel's motion for summary judgment (Doc. 136) is **DENIED** Plaintiff Rudd's and Plaintiff Franklin's Counts V and VI.

5. Plaintiff Rudd's and Plaintiff Franklin's remaining claims V and VI against Defendant Kimbrel shall be merged into a singular negligence claim.

**ORDERED** on August 7, 2013.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**