IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| STACEY RUDD, TERRI D.FRANKLIN, and MIRANDA L. HARTZELL,<br>　　Plaintiffs,<br><br>v.<br><br>NICK FINCH, as Sheriff of Liberty County, and GLEN KIMBREL, as Sheriff of Calhoun County,<br>　　Defendants. | Case No.: 5:11-cv-373; 5:11-cv-374 |

## PLAINTIFFS' NOTICE OF APPEAL

COMES NOW Plaintiffs STACEY RUDD, TERRI D. FRANKLIN, and MIRANDA HARTZELL, by and through undersigned counsel, and hereby appeals to the Eleventh Circuit Court of Appeals the Order of this Court rendered on September 25, 2013 [Doc. 190], granting Final Judgment to Defendants as to all adjudicated counts.

Respectfully submitted this 9th day of October, 2013.

　　　　　　　　　　　　　　　　　　　s/James V. Cook
　　　　　　　　　　　　　　　　　　　JAMES V. COOK, FBN 966853
　　　　　　　　　　　　　　　　　　　Law Office of James Cook
　　　　　　　　　　　　　　　　　　　314 West Jefferson Street
　　　　　　　　　　　　　　　　　　　Tallahassee, Florida 32301
　　　　　　　　　　　　　　　　　　　(850) 222-8080; 561-0836 fax
　　　　　　　　　　　　　　　　　　　cookjv@nettally.com

I CERTIFY the foregoing was filed electronically on 10/09/2013 to counsel of record who are registered to be notified by the CM/ECF electronic mail system:

　　　　　　　　　　　　　　　　　　　s/James V. Cook
　　　　　　　　　　　　　　　　　　　JAMES V. COOK

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STACEY RUDD, TERRI D. FRANKLIN,
and MIRANDA L. HARTZELL,

    Plaintiffs,
v.                                      CASE NO. 5:11-cv-373-RS-CJK

DAVID TATUM, as Sheriff of
Calhoun County, Florida, et al.,

    Defendants.
_____/

## ORDER

Before me are Defendant Sheriff Finch's Motion for Entry of Final Judgment (Doc. 185), Plaintiffs Response in Opposition to Motion for Final Judgment for Sheriff Finch Alone and Corrected Motion for Order Dismissing State Counts without Prejudice, Granting Final Judgment to Both Sheriffs as to Adjudicated Counts, and Staying Proceedings as to William Strawn until Disposition of Plaintiffs' Appeal (Doc. 186), Defendant Finch's Notice of Withdrawal of Finch's Motion for Entry of Final Judgment (Doc. 188), and Defendant Finch's Response in Opposition to Plaintiffs' Motion (Doc. 189).

Pursuant to Fed. R. Civ. P. 54, **IT IS ORDERED:**

1. The state-law counts against Defendant Kimbrel are **DISMISSED without prejudice**.

2. Final Judgment is **GRANTED** to Sheriffs Finch and Kimbrel as to the adjudicated counts.

3. The proceedings against Defendant Strawn are **STAYED** pending the resolution of the appellate issues.

4. Defendant Finch's Motion for Entry of Final Judgment (Doc. 185) is **WITHDRAWN**.

**ORDERED** on September 25, 2013.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**