IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**STACEY RUDD, TERRI D. FRANKLIN,**
and **MIRANDA L. HARTZELL,**

    **Plaintiffs,**

v.                                              **CASE NO. 5:11-cv-373-RS-CJK**

**DAVID TATUM, as Sheriff of**
**Calhoun County, Florida, et al.,**

    **Defendants.**

_____/

## ORDER

The relief requested in the unopposed (*see* Docs. 252, 253), Motion to Dismiss William Strawn *with* Prejudice and Motion for Amended Final Judgment (Doc. 250) is **GRANTED**. The April 1, 2014, Order (Doc. 229), the April 2, 2014, Order (Doc. 230), and the Clerk's Judgment (Doc. 230) are **VACATED**.

The relief requested in Plaintiffs' Motion for Voluntary Dismissal (Doc. 228) is **GRANTED**. The claims against Defendant William Strawn are **DISMISSED WITH PREJUDICE**. The Clerk's Taxation of Costs (Docs. 248, 249) are not altered by this Order.

**ORDERED** on September 23, 2014.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
